FILING FEE
PAID $75.00
Pro hac Vice 80170
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 14-CV-80134



DANIEL M. BORISLOW

    Plaintiff,

vs.

CANACCORD GENUITY GROUP, INC. and
CANACCOD GENUITY, INC.

    Defendants

### RENEWED MOTION TO APPEAR *PRO HAC VICE* CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Nicholas M. DePalma of the law firm of Venable LLP, 8010 Towers Crescent Dr., Suite 300, Tysons Corner, VA 22182, 703-905-1449, for purposes of appearance as co-counsel on behalf of Daniel M. Borislow in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Nicholas M. DePalma to receive electronic filings in this case, and in support thereof states as follows:

    1.    Nicholas M. DePalma is not admitted to practice in the Southern District of Florida and is a member in good standing of the Virginia State Bar and United States District Court for the Eastern District of Virginia.

    2.    Movant, Herman J. Russomanno, III, Esquire, of the law firm of Russomanno & Borrello, P.A., Museum Tower – Penthouse 2800, 150 West Flagler Street, Miami, FL 33130, Phone: 305-373-2101 is a member in good standing of The Florida Bar and the United States District

Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Nicholas M. DePalma has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Nicholas M. DePalma, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Nicholas M. DePalma at email address: nmdepalma@venable.com.

WHEREFORE, Herman J. Russomanno, III, Esquire, moves this Court to enter an Order Nicholas M. DePalma, to appear before this Court on behalf of Donald M. Borislow, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Nicholas M. DePalma.

Date: May 28, 2014　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Herman J. Russomanno, III
　　　　　　　　　　　　　　　　　　Florida Bar No. 021249
　　　　　　　　　　　　　　　　　　Herman2@russomanno.com
　　　　　　　　　　　　　　　　　　Museum Tower – Penthouse 2800
　　　　　　　　　　　　　　　　　　150 West Flagler Street
　　　　　　　　　　　　　　　　　　Miami, FL  33130
　　　　　　　　　　　　　　　　　　Phone:  (305) 373-2101
　　　　　　　　　　　　　　　　　　Fax:  (305) 373-2103
　　　　　　　　　　　　　　　　　　Attorneys for Daniel M. Borislow

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 14-CV-80134

DANIEL M. BORISLOW

    Plaintiff,

vs.

CANACCORD GENUITY GROUP, INC. and
CANACCOD GENUITY, INC.

    Defendants

_____

### CERTIFICATION OF NICHOLAS M. DEPALMA

Nicholas M. DePalma, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of Virginia State Bar and the United States District Court for the Eastern District of Virginia.

                                                                Nicholas M. DePalma

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Renewed Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by email to all counsel of record on May 28, 2014.

_____
Herman J. Russomanno, III

Case No.: 14-CV-80134
**SERVICE LIST**

| RUSSOMANNO & BORRELLO, P.A.<br>Herman J. Russomanno, III, Esq.<br>Museum Tower – Penthouse 2800<br>150 West Flagler Street<br>Miami, FL  33130<br>(Phone) 305-373-2101<br>(Fax) 305-373-2103<br>Herman2@russomanno.com<br><br>VENABLE LLP<br>*Randall K. Miller<br>*Nicholas M. DePalma<br>*Frances T. Bishop<br>8010 Towers Crescent Drive, Suite 300<br>Tysons Corner, VA 22182<br>Phone:  (703) 905-1449<br>Fax:  (703) 821-8949<br>rkmiller@venable.com<br>nmdepalma@venable.com<br>ftbishop@venable.com<br><br>*admitted pro hac vice<br><br>*Counsel for Plaintiff* | Isicoff, Ragatz & Koenigsberg<br>Eric D. Isicoff<br>Susan V. Warner<br>1200 Brickell Avenue<br>Suite 1900<br>Miami, Florida 33131<br>(Phone) 305-373-3232<br>(Fax) (305) 373-3233<br>isicoff@irlaw.com<br>warner@irlaw.com<br><br>Wilmer cutler Pickering Hale and Dorr, LLP<br>60 State Street<br>Boston, MA 02109<br>(Phone) (617) 526-6000<br>(Fax) (617) 526-5000<br>John F. Batter, III*<br>Timothy D. Saunders*<br>John.batter@wilmerhale.com<br>Timothy.saunders@wilmerhale.com<br><br>*admitted pro hac vice<br><br>*Counsel for Defendants* |
|---|---|

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 14-CV-80134

DANIEL M. BORISLOW

    Plaintiff,

vs.

CANACCORD GENUITY GROUP, INC. and
CANACCOD GENUITY, INC.

    Defendants

---

### ORDER GRANTING RENEWED MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Renewed Motion to Appear *Pro Hac Vice* for Nicholas M. DePalma, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Nicholas M. DePalma, may appear and participate in this action on behalf of Daniel M. Borislow. The Clerk shall provide electronic notification of all electronic filings to Nicholas M. DePalma, at nmdepalma@venable.com.

DONE AND ORDERED in Chambers at_____, Florida, this \_\_\_\_ day of _____, 2014.

_____
United States District Judge

Copies furnished to:
All Counsel of Record