UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 14-CV-80134-RYSKAMP-HOPKINS

| | |
|---|---|
| DANIEL M. BORISLOW,<br>            Plaintiff,<br><br>vs.<br><br>CANACCORD GENUITY GROUP INC., and<br>CANACCORD GENUITY INC.,<br>            Defendants. | Case No. 9:14-cv-80134-KLR |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Michele Borislow, solely in her capacity as personal representative for the Estate of Daniel M. Borislow, having been substituted as the plaintiff in this action, and Defendants, Canaccord Genuity Group Inc. and Canaccord Genuity Inc., hereby file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties have reached a settlement in this matter and stipulate to the dismissal of the above-captioned action with prejudice with respect to all parties and claims, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| October 3, 2014 | Respectfully submitted, |

/s/Herman J. Russomanno III                                  /s/Eric D. Isicoff
RUSSOMANNO & BORRELLO, P.A.              Eric D. Isicoff
Herman J. Russomanno III, Esq.                        Fla. Bar No. 372201
Museum Tower - Penthouse 2800                     Isicoff@irlaw.com
150 West Flagler Street                                        Christopher M. Yannuzzi
Miami, Florida 33130                                           Florida Bar No. 0092166
(Phone) 305-373-2101                                          Warner@irlaw.com
(Fax) 305-373-2103                                               ISICOFF, RAGATZ & KOENIGSBERG
herman2@russomanno.com                              1200 Brickell Avenue
                                                                                Suite 1900
/s/Nicholas M. DePalma                                     Miami, Florida 33131
*Randall K. Miller                                                Tel:305-373-3232
*Nicholas M. DePalma                                       Fax:305-373-3233
8010 Towers Crescent Drive, Suite 300
Tysons Corner, VA 22182                                   /s/ John F. Batter III
(703) 905-1449                                                     John F. Batter III*
(703) 821-8949 (facsimile)                                  john.batter@wilmerhale.com
rkmiller@venable.com                                       Timothy D. Saunders*
nmdepalma@venable.com                                timothy.saunders@wilmerhale.com
                                                                                Wilmer Cutler Pickering Hale and Dorr LLP
*subject to admission pro hac vice                  60 State Street
                                                                                Boston, MA 02109
                                                                                Telephone: (617) 526-6000
                                                                                Facsimile: (617) 526-5000
                                                                                *admitted pro hac vice

-3-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of October 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

    Eric D. Isicoff
    Fla. Bar No. 372201
    Isicoff@irlaw.com
    Christopher M. Yannuzzi
    Florida Bar No. 0092166
    Warner@irlaw.com
    ISICOFF, RAGATZ & KOENIGSBERG
    1200 Brickell Avenue
    Suite 1900
    Miami, Florida 33131
    Tel:305-373-3232
    Fax:305-373-3233

    John F. Batter III*
    john.batter@wilmerhale.com
    Timothy D. Saunders*
    timothy.saunders@wilmerhale.com
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, MA 02109
    Telephone: (617) 526-6000
    Facsimile: (617) 526-5000
    *admitted pro hac vice*

*Counsel for Defendants*

                                  /s/Herman J. Russomanno III